DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 19-616-CRB |
| Plaintiff, | |
| v. | [~~PROPOSED~~] DETENTION ORDER |
| ANDERSON ACOSTA-MARTINEZ, a/k/a Olvin Anexy Acosta-Martinez | |
| Defendant. | |

On November 14, 2019, an Indictment was filed in the Northern District of California charging Defendant Anderson Acosta-Martinez with three counts of violating 18 U.S.C. §§ 841(a)(1) and (b)(1)(C) – possession with intent to distribute methamphetamine, heroin, and cocaine base. On November 21, 2019, Defendant appeared for arraignment on the Indictment. The government moved for detention. The Court held a detention hearing on November 26, 2019. The defendant was represented by Assistant Federal Public Defender Ellen Leonida. Assistant United States Attorney Daniel Pastor represented the government. A pretrial services officer was also present.

1

Pretrial Services submitted a report recommending that Defendant be detained on the basis of his risk of non-appearance. Upon consideration of the information in the Pretrial Services report and the arguments of counsel, the Court orders that Defendant be detained pending trial on the basis of risk of non-appearance. This order supplements the Court's findings at the detention hearing and serves as written findings of fact and a statement of reasons required by 18 U.S.C. § 3142(i). As noted on the record, the Court makes the following findings as the basis for its conclusion: Defendant has not put forward an appropriate surety. The proposed surety, a friend of Defendant's cousin, has a criminal record involving distribution of controlled substances. He is not a suitable surety. Defendant is a Honduran national who reports no legal source of income and who told pretrial services he has never been employed in the United States. Given these circumstances, the Court finds that no condition or combination of conditions will assure the appearance of Defendant.

Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS HEREBY ORDERED THAT:

(1) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

(2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

**IT IS SO ORDERED.**

November 27, 2019

HON. SALLIE KIM
United States Magistrate Judge